# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA CONWAY, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2496 |
| v. | : | (JUDGE MANNION) |
| CELTIC HEALTHCARE OF NEPA, INC., and KIM KRANZ, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment, **(Doc. 45)**, is **GRANTED** in its entirety.

**(2)** The Clerk of Court is to enter judgment in favor of the defendants and against the plaintiff.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 6, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2496-01-ORDER.wpd